No. 02–6764.   HEMEDA *v.* SBARRO, INC., ET AL.   App. Div.,
Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 02–6876.   STEVENS *v.* TENNESSEE.   Sup. Ct. Tenn.   Certiorari denied.

No. 02–6879.   GRAY *v.* BOWERSOX, SUPERINTENDENT, SOUTH
CENTRAL CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari
denied.

No. 02–6900.   GRIGSBY *v.* GUYTON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 02–6903.   CROWE *v.* HEAD, WARDEN.   Sup. Ct. Ga.   Certiorari denied.

No. 02–6913.   BOULWARE *v.* LAUGHRUN ET AL.   C. A. 4th Cir.
Certiorari denied.

No. 02–6917.   PADILLA *v.* FLORIDA.   Dist. Ct. App. Fla., 5th
Dist.   Certiorari denied.

No. 02–6919.   NEGRETE *v.* COCKRELL, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir.   Certiorari denied.

No. 02–6923.   STEELE *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 02–6927.   THOMPSON *v.* GALETKA, WARDEN, ET AL.   C. A.
10th Cir.   Certiorari denied.

No. 02–6931.   RICHARDSON *v.* CALIFORNIA.   C. A. 9th Cir.
Certiorari denied.

No. 02–6932.   RUCKER *v.* FORD ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 02–6933.   SISTRUNK *v.* ARMENAKIS, ASSISTANT DIRECTOR,
OREGON DEPARTMENT OF CORRECTIONS.   C. A. 9th Cir.   Certiorari denied.

No. 02–6937.   BUTLER *v.* NEVADA.   Sup. Ct. Nev.   Certiorari
denied.